M.D. Appeal Dkt.
23 MAP 2021

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 654 MAL 2020

                     :

         Petitioner         :

                     :  Petition for Allowance of Appeal

                     :  from the Order of the Superior Court

        v.              :

                     :

                     :

DAVID SANTANA,           :

                     :

        Respondent     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of April, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

(1)     Did the Superior Court err in determining that [Respondent] was not required to register under SORNA even though he was already required to register for life in New York and relocated to Pennsylvania after the effective date of SORNA?

(2)     Did the Superior Court err in finding an ex post facto violation even though [Respondent] was not disadvantaged any more than his lifetime registration he was already subject to under New York law?